THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12cv42

| | | |
|---|---|---|
| **LLOYD STEVEN KISER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **TRACTOR SUPPLY COMPANY,** a Delaware corporation, and "JOHN DOE," a person or business whose identification is unknown to Plaintiff at this time, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court *sua sponte*.

On March 2, 2012, the Clerk of Court notified Plaintiff's counsel that he is required to establish an Electronic Case Filing (ECF) account pursuant to Local Rule 83.1. To date, however, counsel has failed to comply with this directive. The parties' Certificate of Initial Attorneys' Conference filed on April 4, 2012 indicates that Plaintiff's counsel is currently undergoing medical treatment for a serious health condition. [Doc. 4 at 1]. In light of these circumstances, the Court will allow counsel an additional ninety (90) days to establish an ECF account with the Clerk.

**IT IS, THEREFORE, ORDERED** that Plaintiff's counsel must establish an ECF account with the Clerk of Court no later than **July 5, 2012**.

**IT IS SO ORDERED**.

Signed: April 9, 2012

Martin Reidinger
United States District Judge