# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:12cv42

| | |
|---|---|
| LLOYD STEVEN KISER, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> TRACTOR SUPPLY COMPANY, a ) <br> Delaware corporation, and "JOHN ) <br> DOE," a person or business whose ) <br> identification is unknown to Plaintiff ) <br> at this time, ) <br> ) <br> Defendants. ) <br> ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

Pursuant to the Pretrial Order and Case Management Plan entered in this case on April 11, 2012, the parties were required to file with the Court a report identifying their selected mediator on or before May 2, 2012. [See Doc. 6 at 7]. The parties have advised the Court that Plaintiffs' counsel is currently undergoing medical treatment for a serious health condition. [Doc. 4 at 1]. In light of these circumstances, the Court will allow counsel an additional ninety (90) days to file a report identifying their selected mediator.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Pretrial Order and Case Management Plan [Doc. 6] is **AMENDED**, and the deadline for the filing of a report identifying the parties' selected mediator is hereby **EXTENDED** to **August 2, 2012**.

**IT IS SO ORDERED**.

Signed: May 21, 2012

Martin Reidinger
United States District Judge