THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00042-MR-DLH

| | |
|---|---|
| LLOYD STEVEN KISER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| TRACTOR SUPPLY COMPANY, a ) | |
| Delaware Corporation, and "JOHN ) | |
| DOE," a person or business whose ) | |
| identification is unknown to Plaintiff ) | |
| at this time, ) | |
| ) | |
| Defendants. ) | |

**FOR THE REASONS** set forth in the Memorandum of Decision and Order entered simultaneously herewith, **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant Tractor Supply Company's Motion for Summary Judgment is **GRANTED**, and all of the Plaintiff's claims against this Defendant are hereby **DISMISSED WITH PREJUDICE**. The Defendant "John Doe" is hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: April 15, 2013

Martin Reidinger
United States District Judge